IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARA WRIGHT,
an individual,                                             CASE NO.:

        Plaintiff,

    v.                                                     [formerly Circuit Court for Pinellas
                                                               Pinellas County, Florida
                                                              [Case No. 19-007108-CO]

CAPITAL ONE BANK (USA), N.A.,
a/k/a CAPITAL ONE SERVICES, LLC

        Defendant.
_____/

## NOTICE OF REMOVAL

Defendant Capital One Bank (USA), N.A., ("Capital One"), hereby removes Case No. 19-007108-CO from the County Court, Sixth Judicial Circuit, in and for Pinellas County, Florida, to the United States District Court, Middle District of Florida, Tampa Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and as grounds for their removal state as follows:

### I.    STATEMENT OF CASE[1]

1. On or about August 26, 2019, Plaintiff Dara Wright ("Plaintiff") filed a Complaint in the County Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida, styled *Dara Wright v. Capital One Bank (USA), N.A., a/k/a Capital One Services, LLC*, Case No. 19-007108-CO (the "State Court Action"). A true and correct copy of the Complaint is attached hereto.

---

[1]    A true and correct copy of the docket from the State Court Action is attached hereto.

2. Capital One was served with a copy of the Complaint on or about August 29, 2019.

3. Plaintiff served discovery requests with the Complaint. True and correct copies of all other pleadings and discovery served in the State Court Action are attached hereto.

4. Capital One has not taken any action in the State Court Action.

5. The Complaint purports to assert causes of action based on the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (the "TCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq.* (the "FCCPA").

II. **FEDERAL QUESTION JURISDICTION PURSUANT TO 28 U.S.C. § 1331**

6. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, which provides: "[t]he district courts shall have original jurisdiction of all civil actions, arising under the Constitution, laws, or treatises of the United States." *See* 28 U.S.C. § 1331.

7. Plaintiff's alleged claim in the State Court Action arises pursuant to federal law, i.e., the TCPA, 47 U.S.C. § 227 *et seq. See generally* Compl. Thus, this action states a basis for original subject matter jurisdiction under 28 U.S.C. § 1331 and 47 U.S.C. § 227, and, therefore, this removal is pursuant to 28 U.S.C. § 1441(a).

III. **ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED**

8. The FCCPA counts in the Complaint, relate to the same set of facts of the federal claims and, therefore, this Court has supplemental jurisdiction over the same in accordance with 28 U.S.C. § 1367(a) and/or 1441(c). *See generally* Compl.

9.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings, documents, and process from the State Court Action available to Defendants have been attached to this Notice of Removal.

10.     Removal is timely in accordance with 28 U.S.C. § 1441(b). Specifically, this removal has been filed within thirty (30) days of service of the Complaint upon Capital One.

11.     Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and 1446(a) because the United States District Court for the Middle District of Florida, Tampa Division, is the federal judicial district embracing the County Court for Pinellas County, Florida.

12.     Pursuant to 28 U.S.C. § 1446(d), Capital One will promptly file a copy of this Notice of Removal in the State Court Act and given written notice of the removal to Plaintiff.

13.     By this Notice of Removal, Capital One does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action, including but not limited to, its right to seek the arbitration of Plaintiff's claims. Capital One intends no admission of fact, law or liability by this Notice and expressly reserves all defenses, motions, and/or pleas.

14.     If any questions arise as to the propriety of the removal of this action, Capital One requests the opportunity to submit a brief and present oral argument in support of its position that this case has been properly removed. *See Sierminski v. Transouth Fin. Corp.*, 216 F.3d 945, 949 (11th Cir. 2000).

                                        Respectfully submitted,

Dated: September 18, 2019

BALLARD SPAHR LLP

/s/ *Jenny N. Perkins*
Jenny N. Perkins, Esq.
Florida Bar No. 77570
perkinsj@ballardspahr.com
1735 Market Street, 51st Fl
Philadelphia, PA 19103
Phone: (215) 864-8378
Fax:     (215) 864-8999

*Attorneys for Defendant Capital One Bank (USA), N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished, via ECF and email upon the following:

Sean E. McEleney, Esquire,
LeavenLaw
3900 First Street North, Suite 100
St. Petersburg, Florida 33703
T: (727) 327-3328
F: (727) 327-3305
smceleney@leavenlaw.com

*Attorneys for Plaintiff*

/s/ *Jenny N. Perkins*
Jenny N. Perkins