**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DARA WRIGHT,
an individual,   Case No.: 8:19-cv-02328-CEH-TGW

      Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,
a/k/a CAPITAL ONE SERVICES, LLC,
a national association,

      Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

    **COMES NOW**, Plaintiff, DARA WRIGHT (hereinafter, "Plaintiff"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submits this *Notice of Pending Settlement,* and states:

    1.    Plaintiff and Defendant, CAPITAL ONE BANK (USA), N.A. a/k/a CAPITAL ONE SERVICES, LLC (hereinafter, "Capital One"), reached a confidential settlement regarding all claims in this case; the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

    2.    Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Joint Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with counsel for Defendant Capital One, and Defendant agrees to the relief sought herein.

Dated: January 22, 2021.

          Respectfully submitted,

          **LEAVENLAW**

          /s/ *Ian R. Leavengood*
          **Ian R. Leavengood, Esq., FBN 0010167**
          Northeast Professional Center
          3900 First Street North, Suite 100
          St. Petersburg, FL 33703
          Phone: (727) 327-3328
          Fax: (727) 327-3305
          consumerservice@leavenlaw.com
          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22 , 2021, a true and correct copy of the above and foregoing was electronically filed via CM/ECF which will electronically serve counsel of record:

Jenny N. Perkins, Esq.
Adam Settle, Esq.
Ballard Spahr LLP
1735 Market Street, 51st FL
Philadelphia, PA 19103
perkinsJ@ballardspahr.com
sichelsteilS@ballardspar.com
settleA@ballardspahr.com
segalKowaleskiD@ballardspahr.com
*Attorneys for Defendant, Capital One Bank (USA), N.A., a/k/a Capital One Services, LLC*

                      /s/  Ian R. Leavengood
                      Attorney